UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DWAYNE SERRAO,

        Plaintiff,                              **JUDGMENT**
                                                          14-CV-7149 (RRM) (LB)

  -against-

CLAUDINE GRANT,

        Defendant.
---------------------------------------------------------------X

Pursuant to the Court's Memorandum and Order issued on this day dismissing this Complaint, it is

**ORDERED, ADJUDGED AND DECREED t**hat this Complaint is hereby dismissed pursuant to Fed. R. Civ. P. 12(h)(3). The Court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from the Order would not be taken in good faith and therefore *in forma pauperis* is denied for the purpose of any appeal.

                                                              *Roslynn R. Mauskopf*

Dated: Brooklyn, New York                 _____
       December  22, 2014                ROSLYNN R. MAUSKOPF
                                                 United States District Judge